DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TODD DEARRIBA,**
Appellant,

v.

**WILLIAM F. LANDON,** as Emergency Temporary Guardian of
**MARY LANGDON,** et al.,
Appellee.

No. 4D2024-2403

[October 30, 2025]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502022CA009207XXXX.

Todd Dearriba, West Palm Beach, pro se.

William J. Maguire of Maguire Law Chartered, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., FORST and SHEPHERD, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***